IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KIEL J. STURM,

  Plaintiff,

 v.

EL CAMINO HOSPITAL,

  Defendant.

*E-FILED - 10/8/09*

CASE NO.: C-09-02324-RMW

ORDER TO SHOW CAUSE RE DISMISSAL

  This matter came on regularly for a Case Management Conference on October 2, 2009. Defendant appeared through its counsel, Michael Garvin. Plaintiff failed to appear. It also appears that plaintiff has failed to cooperate in the diligent prosecution of this action. Therefore,

  IT IS HEREBY ORDERED that plaintiff appear on **October 30, 2009 at 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the case management conference and for failure to diligently prosecute the case.

  In addition to appearing on October 30, 2009, plaintiff must file and serve on defendant's counsel by October 23, 2009 a declaration or affidavit under oath explaining why he failed to meet and confer with defendant's counsel and failed to appear at the Case Management Conference.

  IF PLAINTIFF FAILS COMPLY WITH THIS ORDER OR FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: 10/8/09

                *Ronald M. Whyte*
                RONALD M. WHYTE
                United States District Judge

1

2  Copy of Order Mailed on 10/8/09 to:

3  **Kiel J. Sturm**
   Post Office Box 5381
4  Santa Clara, CA 95056

5
       *Pro Se Plaintiff*
6

7  E-Filed to Counsel of Record:

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER TO SHOW CAUSE
NO. C-09-02324 RMW