**United States District Court**
For the Northern District of California

**E-FILED on** 10/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM,<br><br>    Plaintiff,<br><br>    v.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | No. C-09-2324 RMW<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

On October 8, 2009, the court issued an order to show cause re dismissal for plaintiff's failure to appear at the previously scheduled case management conference and lack of diligence in the prosecution of his lawsuit. The court set a show cause hearing for October 30, 2009 at 9:00 a.m.

Plaintiff submitted an affidavit in response to the show cause order. Based on plaintiff's affidavit, the court finds that adequate cause has been shown to prevent dismissal of the action at this time. Plaintiff is cautioned that even though he is representing himself in this action, he will be expected to comply with all applicable Civil Local Rules of this court, the applicable rules of civil procedure, standing orders, scheduling orders, and any other order of the court.

ORDER SETTING CASE MANAGEMENT CONFERENCE—No. C-09-2324 RMW
TER

1   A case management conference is hereby set for December 4, 2009 at 10:30 a.m. The parties
2   shall file a joint case management conference statement on or before November 25, 2009.

4   DATED:   10/30/09

    *Ronald M Whyte*
5   RONALD M. WHYTE
    United States District Judge

**A copy of this document has been mailed to:**

**Plaintiff:**

**Kiel J. Sturm**
Post Office Box 5381
Santa Clara, CA 95056

**Notice of this document has been electronically sent to:**

**Counsel for Defendants:**

**Michael J. Garvin**
Email: mgarvin@smtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 11/2/09

TER
**Chambers of Judge Whyte**