E-FILED on    11/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM,<br><br>        Plaintiff,<br><br>    v.<br><br>EL CAMINO HOSPITAL,<br><br>        Defendant. | No. C-09-02324 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT<br><br>**[Re Docket No. 28]** |

    Plaintiff's motion for leave to amend his complaint came on for hearing before this court on November 20, 2009. Defendant initially opposed the motion on the grounds that plaintiff had not submitted a copy of the proposed amended complaint and defendant was thus unable to evaluate the merits of the proposed amendments. After plaintiff submitted the proposed complaint with his reply papers, defendant's counsel indicated at oral argument that it did not oppose the amendment.

    Therefore, the court GRANTS leave to file the proposed amended complaint. Defendant shall have 20 days to respond after the amended complaint is filed.

DATED:    11/20/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT—No. C-09-02324 RMW
LJP

**United States District Court**
For the Northern District of California

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Kiel J. Sturm
Post Office Box 5381
Santa Clara, CA 95056
*PRO SE*

**Counsel for Defendant:**

Michael J. Garvin        mgarvin@smtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    11/20/09                                 LJP
                                                                          **Chambers of Judge Whyte**