```
 1  Michael J. Garvin  SB#136122
    SHEUERMAN & MARTINI
 2  A Professional Corporation
    1033 Willow Street
 3  San Jose, CA  95125
    (408) 288-9700
 4  Fax: (408) 295-9900

 5  Attorneys for Defendant                    *E-FILED - 12/23/09*
    EL CAMINO HOSPITAL
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEL J. STURM,<br><br>                Plaintiff,<br><br>v.<br><br>EL CAMINO HOSPITAL,<br><br>                Defendant. | No. C-09-02324-RMW<br><br>**STIPULATION AND (PROPOSED)**<br>**ORDER EXTENDING DEADLINE**<br>**FOR ENE** |

Plaintiff Kiel J. Sturm and defendant El Camino Hospital, by and through its counsel of record, hereby stipulate to the Court entering an order extending the deadline for conducting an ENE session in this action, to January 29, 2010.

Dated: November 20, 2009

SHEUERMAN, MARTINI & TABARI

_____
MICHAEL J. GARVIN
Attorney for Defendant
EL CAMINO HOSPITAL

Dated: November 20, 2009

_____
KIEL J. STURM
Plaintiff

---
1
STIPULATION AND (PROPOSED) ORDER EXTENDING DEADLINE FOR ENE

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing therefore, the deadline for conducting an ENE session in this action is hereby extended to January 29, 2010.

Dated: ~~November~~ DECEMBER 23, 2009

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE