**E-FILED on** 2/26/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM, | No. C-09-02324 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| EL CAMINO HOSPITAL, | |
| Defendant. | |

On February 26, 2010, the court issued an order dismissing this action in its entirety. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED: 2/26/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-02324 RMW
CCL

**Notice of this document has been sent to:**

**Plaintiff:**

Kiel J. Sturm
Post Office Box 5381
Santa Clara, CA 95056

**Counsel for Defendant:**

Michael J. Garvin	mgarvin@smtlaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/26/10	CCL
**Chambers of Judge Whyte**