*E-FILED - 6/15/2011*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM,<br><br>    Plaintiff,<br><br>  v.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | No. C-09-02324 RMW<br><br>ORDER SEALING DOCUMENTS<br><br>**[Re Docket No. 55]** |

Plaintiff Kiel J. Sturm, *pro se* in this matter, moves to file the entire case file under seal due to confidential information contained in certain documents. The motion is granted with respect to Docket No. 47, defendant El Camino Hospital's Memorandum in Opposition to Plaintiff's Motion for Partial Summary Judgment, and Docket No. 51, the court's order denying Plaintiff's Motion for Partial Summary Judgment, granting Defendant's Cross Motion for Summary Judgment, and dismissing the action. Those documents, but not the other documents in the file, contain private information.

DATED:    6/15/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SEALING DOCUMENTS—No. C-09-02324 RMW
MEC