**E-FILED on** 7/12/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIEL J. STURM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL CAMINO HOSPITAL,<br><br>　　　　Defendant. | No. C-09-02324 RMW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS<br><br>**[Re Docket No. 64]** |

Plaintiff Kiel J. Sturm's motion for sanctions is denied. No appearances are necessary.

DATED: 7/12/2011

　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS—No. C-09-02324 RMW
MEC